# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**GARY WILLIAM HOLT,**                                                              **PETITIONER**

**v.**                        **Case No. 4:16-cv-00873 KGB-JJV**

**SCOTT BRADLEY, Sheriff,**                                                         **RESPONDENT**
**Van Buren County**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered and adjudged that this case be, and it is hereby, dismissed with prejudice. The relief sought is denied.

So adjudged this 31st day of August, 2017.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge